**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ray A. Edison<br>　　　　Cynthia M. Edison<br>　　　　　　　<u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 11-11753 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 6912

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Matthew J. McClelland, Esquire**
　　　　　　　　　　　　　　　　　　　　Matthew J. McClelland, Esquire
　　　　　　　　　　　　　　　　　　　　mmcclelland@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319482
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Phone: 215-627-1322
　　　　　　　　　　　　　　　　　　　　Fax: 215-627-7734
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant