Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Ray A. Edison** : | Case No. 11−11753−TPA |
| **Cynthia M. Edison** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 103 |
| v. : | |
| **No Respondents** : | Hearing Date: 4/26/17 at 12:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this **2nd day of March, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 103 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before April 17, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on **April 26, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 11-11753-TPA
Ray A. Edison                                                               Chapter 13
Cynthia M. Edison
       Debtors
                                    **CERTIFICATE OF NOTICE**

District/off: 0315-1              User: jmar                    Page 1 of 3                   Date Rcvd: Mar 02, 2017
                                  Form ID: 300b                 Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb         +Ray A. Edison,    Cynthia M. Edison,    816 State Highway 198,    Conneautville, PA 16406-4206
cr             +Bank of America, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
13216780       +Bank Of America, N.a.,    450 American Street,    Simi Valley, CA 93065-6285
13257365       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13226114       +Diagnostic Imaging Consultants,    PO Box 73985,    Cleveland, OH 44193-0002
13216783       +Emerge / Fnbo,    Po Box 105555,    Atlanta, GA 30348-5555
13216785       +Fidelity Properties Inc,    Po Box 2055,    Alliance, OH 44601-0055
13216786       +First Federal Credit Card,    24700 Chagrin Boulevard,    Suite 2,    Cleveland, OH 44122-5662
13226108       +FirstCredit, Inc.,    PO Box 630838,    Cincinnati, OH 45263-0838
13216787       +Global,    22 East Main Street,    Geneva, OH 44041-1347
13226112       +Greenville Otolaryngology,    11 Leech Road,    Greenville, PA 16125-9724
13216788       +Hsbc Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
13226118       +Linebarger Goggan Blair & Sampson, LLP,    Attorneys at Law,    PO Box 90128,
                 Harrisburg, PA 17109-0128
13216796       +Midland Credit Management Inc,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13226111       +Miller Outpatient Therapy,    486 South Main Street,    Andover, OH 44003-9602
13615936      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13216797       +National Asset Management LLC,    1001 4th Avenue, Suite 3750,    Seattle, WA 98154-1193
13216798       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13216800       +Ohio Department of Taxation,    PO Box 182402,    Columbus, OH 43218-2402
13216801       +Plains Commerce Bank,    Po Box 1059,    Aberdeen, SD 57402-1059
13216803       +Salute,    PO Box 105555,    Atlanta, GA 30348-5555
13504943       +Sherri Braunstein, Esquire,    Udren Law Offices,    111 Woodcrest Drive, Suite 200,
                 Cherry Hill, NJ 08003-3620
13226115       +St. Joseph Health Center,    PO Box 630826,    Cincinnati, OH 45263-0826
13216805       +State Collection Service,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
13216806       +Thomas C. Fox, DMD,    11018 Highway 18,    Suite 5,    Conneaut Lake, PA 16316-3556
13226110       +UPMC Horizon,    PO Box 382059,    Pittsburgh, PA 15250-0001
13226113       +UPMC Horizon Greenville,    PO Box 382059,    Pittsburgh, PA 15250-0001
13226109       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13216807       +Udren Law Offices, PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2017 01:38:05
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13216781        E-mail/Text: bankruptcy@cashcall.com Mar 03 2017 01:29:36     Cashcall Inc,
                 Attention: Bankruptcy Department,    1600 South Douglass Road,    Anaheim, CA 92806
13216782       +E-mail/Text: rkiser@co.crawford.pa.us Mar 03 2017 01:29:10     Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
13216784       +E-mail/Text: bknotice@erccollections.com Mar 03 2017 01:29:06     Enhanced Recovery Corporation,
                 Attention: Client Services,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13281442        E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:25     Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13526912        E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:52     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13216789       +E-mail/Text: bankruptcy@icsystem.com Mar 03 2017 01:29:28     Ic Systems Inc,    Po Box 64378,
                 St. Paul, MN 55164-0378
13216791       +E-mail/Text: cio.bncmail@irs.gov Mar 03 2017 01:28:30     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13216793        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 03 2017 01:29:16     Jefferson Capital,
                 16 Mcleland Road,    Saint Cloud, MN 56303
13246525        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 03 2017 01:29:16     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13216794       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2017 01:26:30     Lvnv Funding Llc,
                 PO Box 10497,    Greenville, SC 29603-0497
13216795       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 03 2017 01:29:29     Metabank / Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13537773        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2017 01:38:05     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13216799       +E-mail/Text: bankruptcydepartment@tsico.com Mar 03 2017 01:29:34     Nco Financial / 55,
                 PO Box 15270,    Wilmington, DE 19850-5270
13226117       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:28:53     PA Dept of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13216802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:49:41
                 Portfolio Recovery Associates,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13231948        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:38:07
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541

```
District/off: 0315-1              User: jmar                Page 2 of 3                 Date Rcvd: Mar 02, 2017
                                  Form ID: 300b             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13356581         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:28:53
                  Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                  Harrisburg P A 17128-0946
13234703         E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2017 01:28:42
                  Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
13263995         E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:53
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13216804        +E-mail/Text: ebnteam@sscu.net Mar 03 2017 01:29:27      Seven Seventeen Credit,
                  3181 Larchmont Avenue Ne,   Warren, OH 44483-2498
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO B
cr               Bank Of America, N.A.
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
13216792*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Office of District Counsel,
                  1000 Liberty Center,   Suite 601C,   Pittsburgh, PA 15222)
13216790*        Internal Revenue Service,    Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
13302867*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
13225413*       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13537774*        Midland Funding LLC,   by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
13504942        ##+Bank of America, N.A.,    475 Crosspoint Pky.,   Getzville. NY 14068-1609
13226116        ##+Shafer Law Firm,   360 Chestnut Street,   Meadville, PA 16335-3211
                                                                                 TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Cynthia M. Edison dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Ray A. Edison dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor   Bank Of America, N.A. sbraunstein@udren.com,
               vbarber@udren.com
```

```
District/off: 0315-1            User: jmar                  Page 3 of 3                  Date Rcvd: Mar 02, 2017
                                Form ID: 300b               Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Stuart P. Winneg    on behalf of Creditor     BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP swinneg@udren.com, cblack@udren.com

                                                                                                                              TOTAL: 9