**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RAY A EDISON
CYNTHIA M EDISON
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Repondents.

Case No.:11-11753 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 24, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 10/31/2011  and confirmed on 3/23/12 .  The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,364.99 |
| Less Refunds to Debtor | 445.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,919.65 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,950.00 | |
|    Trustee Fee | 2,328.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,278.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LEO J TALIKKA | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
|     Acct: XXXXXXXXXXXXXXXXXXLAND | | | | |
|   STATE OF OHIO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX5;09 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXRIOR | | | | |
|   PA DEPARTMENT OF REVENUE* | 453.41 | 453.41 | 53.25 | 506.66 |
|     Acct: XXXXX55AN | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 37,623.69 | 0.00 | 37,623.69 |
|     Acct: 6912 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 15,380.13 | 15,380.13 | 0.00 | 15,380.13 |
|     Acct: 6912 | | | | |
| | | | | 56,010.48 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 2,950.00 | 2,950.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAY A EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAY A EDISON | 445.34 | 445.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 303.08 | 303.08 | 0.00 | 303.08 |
|     Acct: XXX8855 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXX68AN | | | | |
| | | | | 303.08 |
| **Unsecured** | | | | |
|   CASHCALL INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4982 | | | | |
|   DIAGNOSTIC IMAGING CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6071 | | | | |
|   EMERGE++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX8704 | | | | |
| ENHANCED RECOVERY CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9120 | | | | |
| FIDELITY PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4484 | | | | |
| FIDELITY PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5695 | | | | |
| FIDELITY PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0436 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7715 | | | | |
| FIRST CREDIT INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX206J | | | | |
| GLOBAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3896 | | | | |
| GLOBAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4211 | | | | |
| GREENVILLE OTOLARYNGOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2427 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8700 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 781.48 | 781.48 | 0.00 | 781.48 |
| Acct: XXX1898 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8001 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7003 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 1,129.39 | 1,129.39 | 0.00 | 1,129.39 |
| Acct: XXX9400 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 240.16 | 240.16 | 0.00 | 240.16 |
| Acct: 6643 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,346.32 | 1,346.32 | 0.00 | 1,346.32 |
| Acct: 7703 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0185 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4061 | | | | |
| MILLER OUTPATIENT THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1052 | | | | |
| NATIONAL ASSET MGT LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1689 | | | | |
| NATIONAL RECOVERY AGENCY GROUP' | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1030 | | | | |
| NATIONAL RECOVERY AGENCY GROUP' | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6465 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1025 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5638 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1276 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5637 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2637 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5289 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5288 | | | | |
| PLAINS COMMERCE BANK* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX9400 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 843.74 | 843.74 | 0.00 | 843.74 |
| Acct: 8700 | | | | |
| SALUTE/UTB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6907 | | | | |
| SEVEN SEVENTEEN CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 514 | | | | |
| SHAFER LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9860 | | | | |
| ST JOSEPH HEALTH CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0206 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8900 | | | | |
| THOMAS FOX DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6206 | | | | |
| UPMC HORIZON(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1265 | | | | |
| UPMC HORIZON(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1206 | | | | |
| UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1002 | | | | |
| CAPIO PARTNERS LLC | 51.38 | 51.38 | 0.00 | 51.38 |
| Acct: 0252 | | | | |
| CAPIO PARTNERS LLC | 72.39 | 72.39 | 0.00 | 72.39 |
| Acct: 0011 | | | | |
| CAPIO PARTNERS LLC | 46.00 | 46.00 | 0.00 | 46.00 |
| Acct: 0573 | | | | |
| INTERNAL REVENUE SERVICE* | 145.29 | 145.29 | 0.00 | 145.29 |
| Acct: XXX8855 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 671.62 | 671.62 | 0.00 | 671.62 |
| Acct: 0349 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX68AN | | | | |
| | | | | 5,327.77 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 61,641.33 |

| TOTAL | |
|---|---:|
| CLAIMED | 303.08 |
| PRIORITY | 18,333.54 |
| SECURED | 5,327.77 |

Date: 02/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RAY A EDISON
    CYNTHIA M EDISON
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:11-11753 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                      BY THE COURT:

                                      _____
                                      U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                       Case No. 11-11753-TPA
Ray A. Edison                                                                Chapter 13
Cynthia M. Edison
           Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                   Page 1 of 3                   Date Rcvd: Mar 02, 2017
                              Form ID: pdf900              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb         +Ray A. Edison,    Cynthia M. Edison,    816 State Highway 198,    Conneautville, PA 16406-4206
cr             +Bank of America, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
13216780       +Bank Of America, N.a.,    450 American Street,    Simi Valley, CA 93065-6285
13257365       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13226114       +Diagnostic Imaging Consultants,    PO Box 73985,    Cleveland, OH 44193-0002
13216783       +Emerge / Fnbo,    Po Box 105555,    Atlanta, GA 30348-5555
13216785       +Fidelity Properties Inc,    Po Box 2055,    Alliance, OH 44601-0055
13216786       +First Federal Credit Card,    24700 Chagrin Boulevard,    Suite 2,    Cleveland, OH 44122-5662
13226108       +FirstCredit, Inc.,    PO Box 630838,    Cincinnati, OH 45263-0838
13216787       +Global,    22 East Main Street,    Geneva, OH 44041-1347
13226112       +Greenville Otolaryngology,    11 Leech Road,    Greenville, PA 16125-9724
13216788       +Hsbc Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
13226118       +Linebarger Goggan Blair & Sampson, LLP,     Attorneys at Law,    PO Box 90128,
                 Harrisburg, PA 17109-0128
13216796       +Midland Credit Management Inc,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13226111       +Miller Outpatient Therapy,    486 South Main Street,    Andover, OH 44003-9602
13615936      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13216797       +National Asset Management LLC,    1001 4th Avenue, Suite 3750,    Seattle, WA 98154-1193
13216798       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13216800       +Ohio Department of Taxation,    PO Box 182402,    Columbus, OH 43218-2402
13216801       +Plains Commerce Bank,    Po Box 1059,    Aberdeen, SD 57402-1059
13216803       +Salute,    PO Box 105555,    Atlanta, GA 30348-5555
13504943       +Sherri Braunstein, Esquire,    Udren Law Offices,    111 Woodcrest Drive, Suite 200,
                 Cherry Hill, NJ 08003-3620
13226115       +St. Joseph Health Center,    PO Box 630826,    Cincinnati, OH 45263-0826
13216805       +State Collection Service,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
13216806       +Thomas C. Fox, DMD,    11018 Highway 18,    Suite 5,    Conneaut Lake, PA 16316-3556
13226110       +UPMC Horizon,    PO Box 382059,    Pittsburgh, PA 15250-0001
13226113       +UPMC Horizon Greenville,    PO Box 382059,    Pittsburgh, PA 15250-0001
13226109       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13216807       +Udren Law Offices, PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2017 01:37:03
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:22
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13216781        E-mail/Text: bankruptcy@cashcall.com Mar 03 2017 01:29:36      Cashcall Inc,
                 Attention: Bankruptcy Department,    1600 South Douglass Road,    Anaheim, CA 92806
13216782       +E-mail/Text: rkiser@co.crawford.pa.us Mar 03 2017 01:29:09      Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
13216784       +E-mail/Text: bknotice@erccollections.com Mar 03 2017 01:29:06      Enhanced Recovery Corporation,
                 Attention: Client Services,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13281442        E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:22      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13526912        E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:22      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13216789       +E-mail/Text: bankruptcy@icsystem.com Mar 03 2017 01:29:28      Ic Systems Inc,    Po Box 64378,
                 St. Paul, MN 55164-0378
13216791       +E-mail/Text: cio.bncmail@irs.gov Mar 03 2017 01:28:29      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13216793        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 03 2017 01:29:15      Jefferson Capital,
                 16 Mcleland Road,    Saint Cloud, MN 56303
13246525        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 03 2017 01:29:15      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13216794       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2017 01:26:30      Lvnv Funding Llc,
                 PO Box 10497,    Greenville, SC 29603-0497
13216795       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 03 2017 01:29:29      Metabank / Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13537773        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2017 01:37:03      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13216799       +E-mail/Text: bankruptcydepartment@tsico.com Mar 03 2017 01:29:34      Nco Financial / 55,
                 PO Box 15270,    Wilmington, DE 19850-5270
13226117       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:28:50      PA Dept of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13216802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:50:09
                 Portfolio Recovery Associates,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13231948        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:38:06
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
```

```
District/off: 0315-1            User: jmar               Page 2 of 3                Date Rcvd: Mar 02, 2017
                                Form ID: pdf900          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13356581          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:28:50
                   Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                   Harrisburg P A 17128-0946
13234703          E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2017 01:28:40
                   Quantum3 Group LLC as agent for,    Capio Partners LLC,   PO Box 788,
                   Kirkland, WA 98083-0788
13263995          E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:26:22
                   Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13216804         +E-mail/Text: ebnteam@sscu.net Mar 03 2017 01:29:27      Seven Seventeen Credit,
                   3181 Larchmont Avenue Ne,   Warren, OH 44483-2498
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO B
cr                Bank Of America, N.A.
cr*              ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
13216792*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Office of District Counsel,
                   1000 Liberty Center,   Suite 601C,   Pittsburgh, PA 15222)
13216790*         Internal Revenue Service,    Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
13302867*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                   SAINT CLOUD MN 56302-9617)
13225413*        +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
13537774*         Midland Funding LLC,    by American InfoSource LP as agent,   PO Box 4457,
                   Houston, TX 77210-4457
13504942         ##+Bank of America, N.A.,   475 Crosspoint Pky.,    Getzville. NY 14068-1609
13226116         ##+Shafer Law Firm,   360 Chestnut Street,    Meadville, PA 16335-3211
                                                                                   TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Cynthia M. Edison dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Ray A. Edison dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    Bank Of America, N.A. sbraunstein@udren.com,
               vbarber@udren.com
              Stuart P. Winneg    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP swinneg@udren.com,
               cblack@udren.com
```

```
District/off: 0315-1                  User: jmar                    Page 3 of 3                   Date Rcvd: Mar 02, 2017
                                      Form ID: pdf900               Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                             TOTAL: 8