## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ray A. Edison<br>           Cynthia M. Edison<br>                    Debtors | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>                    Movant<br>          vs.<br>Ray A. Edison<br>Cynthia M. Edison<br>                    Debtors/ Respondents<br>Ronda J. Winnecour<br>                    Trustee/ Respondent | NO. 11-11753 TPA<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about **February 7, 2017**.

                                       Respectfully submitted,

                                       **/s/ James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       412-430-3594
                                       jwarmbrodt@kmllawgroup.com
                                       ATT ID: 27615

March 6, 2017