FILED
3/7/17 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ray A. Edison<br>Cynthia M. Edison<br>  Debtors | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>  Movant<br>  vs.<br>Ray A. Edison<br>Cynthia M. Edison<br>  Debtors/ Respondents<br>Ronda J. Winnecour<br>  Trustee/ Respondent | NO. 11-11753 TPA<br><br>Related to Document No. 109<br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about **February 7, 2017**.

Respectfully submitted,

/s/ **James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594
jwarmbrodt@kmllawgroup.com
ATT ID: 27615

March 6, 2017

SO ORDERED
March 07, 2017

*[signature]* jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ray A. Edison  
Cynthia M. Edison  
      Debtors

Case No. 11-11753-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: Mar 07, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.  
db/jdb       +Ray A. Edison,   Cynthia M. Edison,   816 State Highway 198,   Conneautville, PA 16406-4206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:  
        Daniel P. Foster    on behalf of Joint Debtor Cynthia M. Edison dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Debtor Ray A. Edison dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com  
        Matthew Christian Waldt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC mwaldt@milsteadlaw.com,  
         bkecf@milsteadlaw.com  
        Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Sherri J. Braunstein    on behalf of Creditor    Bank Of America, N.A. sbraunstein@udren.com,  
         vbarber@udren.com  
        Stuart P. Winneg    on behalf of Creditor    BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP swinneg@udren.com,  
         cblack@udren.com  
                                                                                                              TOTAL: 9