# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | |
|---|---|
| In re:<br><br>    RAY A EDISON<br>    CYNTHIA M EDISON<br>         Debtor(s) | Case No. 11-11753TPA |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2011.

2) The plan was confirmed on 03/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/19/2012, 01/09/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 10/25/2016.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $69,839.00.

10) Amount of unsecured claims discharged without payment: $9,924.49.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $67,364.99 |
| Less amount refunded to debtor | $445.34 |

**NET RECEIPTS:** $66,919.65

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,950.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,328.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,278.32

Attorney fees paid and disclosed by debtor:    $150.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPIO PARTNERS LLC | Unsecured | NA | 51.38 | 51.38 | 51.38 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | NA | 72.39 | 72.39 | 72.39 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | NA | 46.00 | 46.00 | 46.00 | 0.00 |
| CASHCALL INC(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CRAWFORD COUNTY TAX CLM BUR | Secured | 948.66 | 1,374.47 | 0.00 | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING CONSULTAN' | Unsecured | 77.90 | NA | NA | 0.00 | 0.00 |
| EMERGE++ | Unsecured | 1,139.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP++ | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| FIRST CREDIT INCORPORATED | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL++ | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL++ | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| GREENVILLE OTOLARYNGOLOGY | Unsecured | 42.81 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 145.29 | 145.29 | 145.29 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 294.00 | 303.08 | 303.08 | 303.08 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 0.00 | 240.16 | 240.16 | 240.16 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 671.62 | 671.62 | 671.62 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| LEO J TALIKKA | Secured | 2,500.00 | NA | 2,500.00 | 2,500.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,346.32 | 1,346.32 | 1,346.32 | 1,346.32 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 951.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 868.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 781.48 | 781.48 | 781.48 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 1,122.00 | 1,129.39 | 1,129.39 | 1,129.39 | 0.00 |
| MILLER OUTPATIENT THERAPY | Unsecured | 76.90 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET MGT LLC++ | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NATIONAL RECOVERY AGENCY GRO | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRO | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 62,440.00 | 75,994.97 | 0.00 | 37,623.69 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 0.00 | 15,380.13 | 15,380.13 | 15,380.13 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 979.50 | 510.44 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 0.00 | 810.50 | 453.41 | 453.41 | 53.25 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 121.15 | 0.00 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 979.00 | 843.74 | 843.74 | 843.74 | 0.00 |
| SALUTE/UTB | Unsecured | 806.00 | NA | NA | 0.00 | 0.00 |
| SEVEN SEVENTEEN CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHAFER LAW FIRM | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HEALTH CNTR | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| STATE OF OHIO | Secured | 821.00 | NA | NA | 0.00 | 0.00 |
| THOMAS FOX DMD | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UPMC HORIZON(*) | Unsecured | 35.75 | NA | NA | 0.00 | 0.00 |
| UPMC HORIZON(*) | Unsecured | 54.13 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $37,623.69 | $0.00 |
| Mortgage Arrearage | $15,380.13 | $15,380.13 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,953.41 | $2,953.41 | $53.25 |
| **TOTAL SECURED:** | **$18,333.54** | **$55,957.23** | **$53.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $303.08 | $303.08 | $0.00 |
| **TOTAL PRIORITY:** | **$303.08** | **$303.08** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,327.77** | **$5,327.77** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,278.32 |
| Disbursements to Creditors | $61,641.33 |
| **TOTAL DISBURSEMENTS** : | **$66,919.65** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/19/2017               By: /s/ Ronda J. Winnecour
                                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**